IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:21-CV-416-D

| | |
|---|---|
| CIELO JEAN GIBSON, CLARK FLORIAN A/K/A CLARK GILMER, CORA SKINNER, DESSIE MITCHESON, IRINA VORONINA, JAMIE EDMONDSON LONGORIA, JESSA HINTON A/K/A JESSICA HINTON, JESSICA BURCIAGA, KIMBERLY COZZENS A/K/A KIM COZZENS, LUCY PINDER, PAOLA CANAS, SARA UNDERWOOD, AND TIFFANY TOTH GRAY, <br><br> Plaintiffs, <br><br> v. <br><br> RPS HOLDINGS, LLC D/B/A CAPITAL CABARET AND PHONG NGUYEN, <br><br> Defendants. | **ORDER** |

**THIS CAUSE** came before the undersigned on the Consent Motion for Extension of Mediation and Dispositive Motions Deadline. Having carefully considered the representations in that Motion and it appearing to the Court that the mediation deadline of this action is currently January 31, 2023, that the dispositive motions deadline is of this action is February 24, 2023, and that the parties consent to the extensions requested in the Motion, the Court is of the opinion that good cause exists to allow this Motion.

**IT IS, THEREFORE, ORDERED** that the mediation deadline of this action shall be extended from the current date of January 31, 2023 to March 31, 2023. It is **FURTHER ORDERED** that the dispositive motions deadline of this action shall be extended from the current date of February 24, 2023 to April 28, 2023.

SO ORDERED. This the ⌊6⌋ day of January, 2023.

JAMES C. DEVER III
United States District Judge