IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-cv-00416-D

| | |
|---|---|
| CIELO JEAN GIBSON, CLARK FLORIAN a/k/a CLARK GILMER, CORA SKINNER, DESSIE MITCHESON, IRINA VORONINA, JAIME EDMONDSON LONGORIA, JESSA HINTON a/k/a JESSICA HINTON, JESSICA BURCIAGA, KIMBERLY COZZENS a/k/a KIM COZZENS, LUCY PINDER, PAOLA CANAS, SARA UNDERWOOD, TIFFANY TOTH GRAY, <br><br> Plaintiffs, <br><br> v. <br><br> RPS HOLDINGS LLC d/b/a CAPITAL CABARET and PHONG NGUYEN, <br><br> Defendants. | **NOTICE OF SETTLEMENT** |

The parties, by and through their undersigned counsel, hereby respectfully give notice to the Court that they have reached a settlement in principle of all claims asserted in this action.

The parties respectfully request 45 days to submit a stipulation of dismissal pursuant to Federal Rule 41(a)(1)(ii), and that all deadlines be stayed pending the filing of said stipulation.

Dated: May 4, 2022

SIGNATURE PAGE FOLLOWS

1

| | |
|---|---|
| **THE CASAS LAW FIRM, P.C.** | **HEDRICK GARDNER KINCHELOE & GAROFALO, LLP** |
| By:/s/ John V. Golaszewski | By: /s/ C. Rob Wilson |
| John V. Golaszewski* | C. Rob Wilson |
| 1740 Broadway, 15th Floor | NC State Bar No. 41688 |
| New York, New York 10019 | Preston W. Rollero |
| Main: 855.267.4457 | NC State Bar No. 52374 |
| T: 646.872.3178 | 4131 Parklake Avenue, Suite 300 |
| john@talentrights.law | Raleigh, NC 27612 |
| * admitted Pro Hac Vice | Phone: 919-719-2835 |
| | Fax: 919-832-9425 |
| | rwilson@hedrickgardner.co |
| | prollero@hedrickgardner.com |

**OSBORN GAMBALE BECKLEY & BUDD PLLC**

**THE LAW OFFICE OF JOSEPH L. LEDFORD**

By: /s/ Matthew Gambale
    Matthew Gambale
    721 West Morgan Street
    Raleigh, North Carolina 27603
    P: 919.649.4889
    F: 919.578.3733
    matt@counselcarolina.com

By: /s/ Joseph L. Ledford
    Joseph L. Ledford
    NC State Bar No. 10397
    301 South McDowell Street
    Charlotte, North Carolina 28204
    Phone: 704-376-2622
    Fax: 704-749-9963
    josephlledford@yahoo.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2023 the foregoing was electronically filed with the U.S. District Court Clerk, Western District of North Carolina by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                  /s/ John V. Golaszewski

John V. Golaszewski, Esq.
Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
Tel: (646) 872-3178
john@casaslawfirm.com

*Attorneys for Plaintiffs*